United States Court of Appeals
Fifth Circuit

**F I L E D**

**May 2, 2007**

Charles R. Fulbruge III
Clerk

UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 06-51364
Summary Calendar

_____

RALPH CARL PULLIAM,

Plaintiff-Appellant,

versus

NORTHSIDE INDEPENDENT SCHOOL DISTRICT; ERNEST GARCIA; DENNIS
TRUJILLIO; GRANTLEY BOXILL; RAFAEL SALAZAR; ANGIE GONZALES; JOE
CORTEZ; MAXINE LATHAM; BRIAN SCWHARTZ; GINA ELLIOT; BRIAN WOODS;
LEAH FLORES; RICK GARDNER; KAY CAVANAUGH; JIM MILLER; DR JOHN
FOLKS; ANNE MCCORMICK; MONTE EARWOOD,

Defendants-Appellees.

_____

Appeal from the United States District Court
for the Western District of Texas
No. 5:06-CV-34

_____

Before JONES, Chief Judge, and KING and DAVIS, Circuit Judges.

PER CURIAM:*

The court has carefully reviewed this appeal in light of
the briefs and pertinent parts of the record. The district court
correctly adopted the magistrate judge's recommendation, which
included the conclusion that Pulliam filed his lawsuit more than
ninety days after he received a Right-to-Sue letter from the Equal
Employment Opportunity Commission. See Taylor v. Books A Million,

_____

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this
opinion should not be published and is not precedent except under the limited
circumstances set forth in 5TH CIR. R. 47.5.4.

Inc., 296 F.3d 376, 379 (5th Cir. 2002).  The court did not abuse its discretion by declining to exercise supplemental jurisdiction over the state-law claims or by denying Pulliam's request for the appointment of counsel.  See Parker & Parsley Petroleum Co. v. Dresser Indus., 972 F.2d 580, 585 (5th Cir. 1992); see also Salmon v. Corpus Christi Indep. Sch. Dist., 911 F.2d 1165, 1166 (5th Cir. 1990) (per curiam).

The judgment of the district court is **AFFIRMED.**